Moses King, Appellant, *v.* Sun Printing and Publishing Company, Respondent.

*King* v. *Sun Printing & Publishing Assn.*, 84 App. Div. 310, affirmed.
(Argued November 14, 1904; decided November 29, 1904.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 22, 1903, which affirmed an interlocutory judgment of Special Term sustaining a demurrer to the complaint.

The following question was certified: " Does the complaint state facts sufficient to constitute a cause of action ? "

*Stillman F. Kneeland* for appellant.

*Franklin Bartlett* for respondent.

Order affirmed, with costs, and question certified answered in the negative; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.